IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES of AMERICA, | ) | DOCKET NO. 3:12-cr-370 |
|---|---|---|
| v. | ) | |
| JESSICA ANNE BROWN, and JASON DEAN BROWN, Defendants | ) ) ) ) ) ) | FILED CHARLOTTE, NC AUG 16 2013 US District Court Western District of NC |

ORDER UNSEALING INDICTMENT

Upon motion of the government and for the reasons given, IT IS HEREBY ORDERED that the indictment and arrest warrants in the above-named matter be unsealed.

IT IS SO ORDERED this 16 day of August, 2013.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate